**Fill in this information to identify the case:**

Debtor name    **Chandelle Runway, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **18-02054**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2018**         X /s/ John R. Stewart, Jr.
                                         Signature of individual signing on behalf of debtor

                                         **John R. Stewart, Jr.**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Chandelle Runway, LLC**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) **18-02054**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____180,900.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ _____100.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ _____181,000.00

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ _____0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ _____530,453.00

4.  **Total liabilities** ...............................................................................
    Lines 2 + 3a + 3b                                                                              $ _____530,453.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Chandelle Runway, LLC** |
| --- | --- |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **18-02054** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. TD Bank - Debtor in Possession | Checking | 4994 | $100.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $100.00

**Part 2:** Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:** Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Chandelle Runway, LLC** | Case number *(If known)* **18-02054** |
|---|---|---|
| | Name | |

---

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

---

**Part 8:**    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

---

**Part 9:**    Real property

**54. Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **12.08 acres located at 400 Airpark Drive, Greer, SC 29651. Tax Map #4-05-00-038.52 Airpark Runway** | Fee Simple | $0.00 | Tax records | $180,900.00 |

---

**56.**    **Total of Part 9.**         **$180,900.00**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

---

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 2

# qPublic.net™ Spartanburg County, SC

## Summary

| | |
|---|---|
| Parcel ID | 4-05-00-038.52 |
| Account # | 65251 |
| Millage Group | 1000 - 4REF - SD4/REIDVILLE AREA FIRE (100%) |
| Land Size | 12.08 AC |
| Utilities | PUBLIC WATER |
| Fire District | REF |
| Site Conditions | PAVED |
| Location Address | HIGHWAY 101 , WOODRUFF |
| Legal Description | AIRCRAFT RUNWAY PB 156-159 DB 101Q-96 |
| | (Note: Not to be used on legal documents) |
| Neighborhood | 0000 |
| Property Usage | Non-Qualified Regular Commercial Improved (6RGC) |

## Owners

CHANDELLE RUNWAY LLC
400 AIRPARK DR
GREER SC 29651

## Exemptions

| Exemption ⬍ | Year ⬍ | GrantYear ⬍ | Amount ⬍ |
|---|---|---|---|
| Homestead | 2005 | 0 | $0.00 |

## Valuations

| | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Market Land Value | $136,000 | $136,000 | $136,000 | $136,000 |
| + Market Improvement Value | $0 | $0 | $0 | $0 |
| + Market Misc Value | $44,900 | $44,900 | $44,900 | $44,900 |
| = Total Market Value | $180,900 | $180,900 | $180,900 | $180,900 |
| Taxable Land Value | $136,000 | $136,000 | $136,000 | $133,221 |
| + Taxable Improvement Value | $0 | $0 | $0 | $0 |
| + Taxable Misc Value | $44,900 | $44,900 | $44,900 | $43,983 |
| - Ag Credit Value | $0 | $0 | $0 | $0 |
| = Total Taxable Value | *$180,900 | *$180,900 | *$180,900 | *$177,204 |
| Assessed Land Value | $8,160 | $8,160 | $8,160 | $7,993 |
| + Assessed Improvement Value | $0 | $0 | $0 | $0 |
| + Assessed Misc Value | $2,694 | $2,694 | $2,694 | $2,639 |
| = Total Assessed Value | $10,854 | $10,854 | $10,854 | $10,632 |

*This parcel is subject to the value cap

## Land

| Land Use | Number of Units | Unit Type | Land Type | Frontage | Depth |
|---|---|---|---|---|---|
| 6% COMM IMPV (6RGC) | 12.08 | Acre | ACRE | 0 | 0 |

## Commercial Buildings

| | |
|---|---|
| Style | / |
| Gross Sq Ft | |
| Finished Sq Ft | |
| Perimeter | |
| Stories | |
| Interior Walls | |
| Exterior Walls | |
| Quality | {} |
| Roof Type | |
| Roof Material | |
| Exterior Wall1 | |
| Exterior Wall2 | |

**Foundation**
**Interior Finish**
**Ground Floor Area**
**Floor Cover**
**Full Bathrooms**        0
**Half Bathrooms**        0
**Heating Type**
**Year Built**            0
**Year Remodeled**
**Effective Year Built**  0
**Condition**

| Code | Description | Sketch Area | Finished Area | Perimeter |
|------|-------------|-------------|---------------|-----------|
| TOTAL | | | | |

## Yard Items

| Description | Year Built | Out Building Type | Size | Quantity | Units | Grade |
|-------------|-----------|-------------------|------|----------|-------|-------|
| Paving Asph | 0 | Runway | 0 x 0 | 1 | 180000 SF | |

## Sales

| Sale Date | Sale Price | Instrument | Instrument Number | Deed Book | Deed Page | Sale Qualification | Vacant or Improved | Grantor | Grantee |
|-----------|-----------|------------|-------------------|-----------|-----------|--------------------|--------------------|---------|---------|
| 5/1/2006 | $10 | | DEE-2006-27655 | 85V | 383 | Unqualified - OTHER | Vacant | CSC DEVELOPERS LLC | |
| 2/1/1997 | $0 | | DEE-1997-1901 | 65L | 286 | Unqualified - NEEDS VALIDATION CODE | Improved | J B & C R INC | |

**No data available for the following modules:** Fees, Buildings, Mobile Home Buildings, Sketches, Photos.

Spartanburg County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll.

Last Data Upload: 5/8/2018, 10:51:09 PM

Schneider

**Developed by**
The Schneider
Corporation

DEED 85 - - V PG 3 8 3



DEE-2006-27655
Recorded 4 Pages on 5/24/2006 11:02:19 AM
Recording Fee: $10.00 Documentary Stamps: $0.00
Office of Register of Deeds, Spartanburg, S.C.
Stephen Ford, Register

Grantee's Address:   400 Airpark Dr., Greer, S.C. 29651

Parcel No.: 4 05-00 p/o 038.00 & p/o 039.00

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | |
| | ) | **TITLE TO REAL ESTATE** |
| COUNTY OF SPARTANBURG | ) | **DEED ONLY** |

      KNOW ALL MEN BY THESE PRESENTS, that **John R. Stewart, Jr. and CSC Developers, LLC** in consideration of **Ten Dollars ($10.00),** the receipt of which is hereby acknowledged, have granted, bargained, sold and released and by these presents does grant, bargain, sell and release unto **Chandelle Runway, LLC,** its successors and assigns, forever:

All that certain piece, parcel or lot of land, situate, lying and being in the State of South Carolina, County of Spartanburg, being shown and designated as Aircraft Runway, containing 12.08 ac., more or less, on a survey for Chandelle Runway, LLC, by Huskey & Huskey, Inc., Professional Land Surveyors, dated March 31, 2004 and recorded in Plat Book 156, at Page 159, Register of Deeds Office for Spartanburg Co., S.C.

The 3.80 ac. parcel is a portion of the same property conveyed to John R. Stewart, Jr. by deed of Harold W. Brockman, dated October 22, 1985 and recorded in Deed Book 51-T, at Page 332, Register of Deeds aforesaid.

The 8.28 ac. parcel is a portion of the same property conveyed to CSC Developers, LLC by deed of JB & CR, Inc., dated February 19, 1997 and recorded in Deed Book 65-L, at Page 286, Register of Deeds aforesaid.

DEED85 - - V PG 384

TOGETHER with all and singular the rights, members, hereditaments and appurtenances to said premises belonging or in anywise incident or appertaining;

TO HAVE AND TO HOLD all and singular the premises before mentioned unto the grantee(s) and the grantee's(s') heirs and assigns, forever. And the grantor(s) do(es) does hereby bind the grantor(s) and the grantor's(s') heirs and assigns to warrant and forever defend all and singular the said premises unto the grantee(s) and the grantee's(s') heirs and assigns against the grantor(s) and the grantor's(s') heirs and against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the recorded easements, rights-of-way and restrictions affecting the property, if any.

WITNESS my/our hand(s) and seal(s) this ___19___ DAY OF __May__, 2006.

WITNESS

_____

_____

_____
John R. Stewart, Jr.

_____
CSC Developers, LLC
By: DOUG COBB , JOHN R. STEWART, Jr.
Its: PARTNERS

STATE OF SOUTH CAROLINA    )
                           )  ACKNOWLEDGMENT
COUNTY OF SPARTANBURG      )

I, a Notary Public of the County and State aforesaid, certify that John R. Stewart, Jr. and CSC Developers, LLC, Grantors personally appeared before me this day and acknowledged the execution of the foregoing instrument.

Witness my hand and official stamp this ___19___ DAY OF __May__, 2006.

_____(SEAL)
Notary Public for SOUTH CAROLINA
My Commission Expires: 1 · 23 · 14

Page I of 2

STATE OF SOUTH CAROLINA                DEED 85 - - V PG 385

COUNTY OF  SPARTANBURG                )                AFFIDAVIT

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1.      I have read the information on this affidavit and I understand such information.

2.      The property being transferred is located at ChandelleRidge Dr., Woodruff, S.C. 29388 bearing  Spartanburg County Tax  Map Number  4 05-00 p/o 038.00 and p/o 039.00  was transferred by John R. Stewart, Jr. and CSC Developers, LLC May ___, 2006.

3.      Check one of the following: The deed is

    (a)_____        subject to the deed recording fee as a transfer for consideration paid or to be paid in money or money's worth.

    (b)_____        subject to the deed recording fee as a transfer between a corporation, a partnership,'or other entity and a stockholder, partner, or owner of the entity, or is a transfer to a trust or as a distribution to a trust beneficiary.

    (c)__X__        exempt from the deed recording fee because (See Information section of affidavit):   # 8

                (If exempt, please skip items 4 - 7, and go to item 8 of this affidavit.)

4. Check one of the following if either item 3(a) or item 3(b) above has been checked (See information section of  this affidavit,):

(a)_____        The fee is computed on the consideration paid or to be paid in money or money's worth in the amount of _____

(b)_____        The fee is computed on the fair market value of the realty which is_____

(c)_____        The fee is computed on the fair market value of the realty as established for property tax purposes which is_____

5.      Check Yes_____ or _____No to the following: A lien or encumbrance existed on the land, tenement or realty before the transfer and remained on the land, tenement, or realty after the transfer.  If "Yes," the amount of the outstanding balance of this lien or encumbrance is:

_____

6.      The deed recording fee is computed as follows:

    (a)   Place the amount listed in item 4 above here: $ _____

    (b)   Place the amount listed in item 5 above here:  $_____

    (If no amount is listed, place zero here.)_____

    (c)   Subtract Line 6(b) from Line 6(a) and place result  here: $ _____

Page 2 of 2                         REC 85 - V PG 386

7.  The deed recording fee due is based on the amount listed on Line 6(c) above and the
    deed recording fee due is: _____

8.  As required by Code Section 12-24-70, I state that I am a responsible person who was
    connected with the transaction as: Attorney _____

9.  I understand that a person required to furnish this affidavit who wilfully furnishes a false
    or fraudulent affidavit is guilty of a misdemeanor and, upon conviction, must be fined not
    more than one thousand dollars or imprisoned not more than one year, or both.

_____
Responsible Person Connected with the Transaction

Kenneth C. Anthony, Jr. - Attorney
Print or Type Name Here

SWORN to before me this 23
day of May, 2006.

_____
Notary Public for South Carolina
My Commission Expires: 4.24.2009

INFORMATION

Except as provided in this paragraph, the term "value" means "the consideration paid or to be paid in money or money's worth for the realty " Consideration
paid or to be paid in money's worth includes, but is not limited to, other realty, personal property, stocks, bonds, partnership interest and other intangible
property, the forgiveness or cancellation of a debt, the assumption of a debt, and the surrendering of any right. The fair market value of the consideration must
be used in calculating the consideration paid in money's worth. Taxpayers may elect to use the fair market value of the realty being transferred in
determining the market value of the consideration. In the case of realty transferred between a corporation, a partnership, or other entity and a stockholder,
partner, or owner of the entity, and in the case of realty transferred to a trust or as a distribution to a trust beneficiary, "value" means the realty's fair market
value. A deduction from value is allowed for the amount of any lien or encumbrance existing on the land, tenement, or realty before the transfer and
remaining on the land tenement, or realty after the transfer. Taxpayers may elect to use the fair market value for property tax purposes in determining fair
market value under the provisions of the law.

Exempted from the fee are deeds

(1)      transferring realty in which the value of the realty, as defined in Code Section 12-24-30, is equal to or less than one hundred dollars;

(2)      transferring realty to the federal government or to a state, its agencies and departments, and its political subdivisions, including school districts;

(3)      that are otherwise exempted under the laws and Constitution of this State or of the United States;

(4)      transferring realty in which no gain or loss is recognized by reason of Section 1041 of the Internal Revenue Code as defined in Section 12-6-
         40(A);

(5)      transferring realty in order to partition realty as long as no consideration is paid for the transfer other than the interests in the realty that are being
         exchanged in order to partition the realty.

(6)      transferring an individual grave space at a cemetery owned by a cemetery company licensed under Chapter 55 of Title 39.

(7)      that constitute a contract for the sale of timber to be cut;

(8)      transferring realty to a corporation, a partnership, or a trust in order to become, or as, a stockholder, partner, or trust beneficiary of the entity
         provided no consideration is paid for the transfer other than stock in the corporation, interest in the partnership, beneficiary interest in the trust, or
         the increase in value in such stock or interest held by the grantor However, the transfer of realty from a corporation, a partnership, or a
         trust to a stockholder partner, or beneficiary of the entity is subject to the fee even if the realty is transferred to another corporation, a
         partnership, or trust,

(9)      transferring realty from a family partnership to a partner or from a family trust to a beneficiary, provided no consideration is paid for the
         transfer other than a reduction in the grantee's interest in the partnership or trust. A "family partnership" is a partnership whose partners are all
         members of the same family A "family trust" is a trust in which the beneficiaries are all members of the same family. The beneficiaries of a
         family that may also include charitable entities "Family means the grantor and the grantor's spouse parents, grandparents, sisters, brothers,
         children, stepchildren, grandchildren, and the spouses and lineal descendants of any of the above. A "charitable entity means an entity which
         may receive deductible contributions under Section 170 of the Internal Revenue Code as defined in Section 12-6-40(A),

(10)     transferring realty in a statutory merger or consolidation from a constituent corporation to the continuing or new corporation;

(11)     transferring realty in a merger or consolidation from a constituent partnership to the continuing or new partnership; and,

(12)     that constitute a corrective deed or a quitclaim deed used to confirm title already vested in the grantee, provided that no consideration of any
         kind is paid or is to be paid under the collective or quitclaim deed.





12.08 AC. TOTAL

BOUNDARY SURVEY FOR

CHANDELLE RUNWAY, LLC

LOCATED APPROX. 4 MILES SOUTHWEST OF REIDVILLE

| COUNTY: SPARTANBURG | COUNTY BLOCK MAP: | STATE: SOUTH CAROLINA |
| DATE: MARCH 31, 2004 | FIELD BOOK | FIELD CHIEF T.E.M. | DRWN. BY S.H.D. |
| REVISED: | SCALE 1" = 200' | CAD. REF. T.E.M. |

HUSKEY & HUSKEY, INC. – PROFESSIONAL LAND SURVEYORS
2898 CHESNEE HWY. – SPARTANBURG, SC 29307

VICINITY MAP N.T.S

NOTES:
NO TITLE SEARCH BY HUSKEY & HUSKEY, INC.

PROPERTY SHOWN SUBJECT TO EASEMENTS OF RECORD.

UNDERGROUND UTILITIES HAVE NOT BEEN LOCATED.

NO FEATURES LOCATED OTHER THAN THOSE SHOWN.

∧ COMPUTED POINTS ON CORNERS.

● OLD ½" REBAR ON CORNERS.

| Debtor | **Chandelle Runway, LLC** | Case number *(If known)* **18-02054** |
|---|---|---|
| | Name | |

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Debtor | **Chandelle Runway, LLC** | Case number *(If known)* **18-02054** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $180,900.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $100.00 | + 91b. $180,900.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $181,000.00 |

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Chandelle Runway, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **18-02054** |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name **Chandelle Runway, LLC**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) **18-02054**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Centralized Insolvency Operation** | ☐ Contingent | | |
| | **PO Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **SC Dept of Rev. & Tax** | *Check all that apply.* | | |
| | **PO Box 12265** | ☐ Contingent | | |
| | **Columbia, SC 29211** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **For Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |



| Debtor | Chandelle Runway, LLC | Case number (if known) | 18-02054 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Spartanburg County Tax Collector**
**366 North Church Street, Ste. 300**
**Spartanburg, SC 29303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Tanner**
**106 Chandelle Ridge Drive**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ann and Regan Allen**
**4428 S. Prestiwick Road**
**Trenton, NJ 08641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bill and Marian Robinson**
**127 Landmark Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Billy and Susan Israel**
**130 Chandelle Ridge Drive**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bruce and Cindy Goldberg**
**140 Chandelle Ridge Drive**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Chandelle Runway, LLC | Case number (if known) | **18-02054** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Chandelle Property Owners Association** | ☐ Contingent | |
| | c/o Donald Ryan McCabe, Jr., Esq. | ☐ Unliquidated | |
| | 140 Stoneridge Drive, Ste 650 | ☐ Disputed | |
| | Columbia, SC 29210 | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Homeowners Association** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Clay and Marshalla Schile** | ☐ Contingent | |
| | 209 Vista Drive | ☐ Unliquidated | |
| | Greer, SC 29651 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Homeowner or Land Owner in Subdivision** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Dale and Judy Ellis** | ☐ Contingent | |
| | 109 Landmark Drive | ☐ Unliquidated | |
| | Greer, SC 29651 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Homeowner or Land Owner in Subdivision** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **David and Lynn Rexroad** | ☐ Contingent | |
| | 232 Vista Pointe Drive | ☐ Unliquidated | |
| | Greer, SC 29651 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Homeowner or Land Owner in Subdivision** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Doug and Jane Armstrong** | ☐ Contingent | |
| | 444 Airpark Drive | ☐ Unliquidated | |
| | Greer, SC 29651 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Homeowner or Land Owner in Subdivision** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127,397.00 |
| | **Douglas and Nicole Cobb** | ☐ Contingent | |
| | PO Box 696 | ☐ Unliquidated | |
| | Fairforest, SC 29336 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Partner's Capital** | |
| | Last 4 digits of account number __ | **Homeowner or Land Owner in Subdivision** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Gareth and Jennifer Jacobs** | ☐ Contingent | |
| | 15 Twinings Drive | ☐ Unliquidated | |
| | Simpsonville, SC 29681 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Homeowner or Land Owner in Subdivision** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Chandelle Runway, LLC | Case number (if known) | 18-02054 |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145,330.00 |
|---|---|---|---|

**Gordon Zuber Estate**
**c/o Colonial Trust Co., PR**
**PO Box 2817**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Partner's Capital**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greg and Kerry Steck**
**180 Chandelle Ridge Drive**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Helmut and Silvia Tuemmel**
**290 Chandelle Ridge Drive**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jean Brockman**
**1000 Brockman Road**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $257,726.00 |
|---|---|---|---|

**John R. Stewart, Jr.**
**2 Shannon Court**
**Anderson, SC 29626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Partner's Capital**
**Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kay Galloway**
**116 Cumberland Drive**
**Moore, SC 29369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ken and Molly Galloway**
**120 Landmark Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Chandelle Runway, LLC**                    Case number (if known)    **18-02054**
           Name

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

3.20 **Nonpriority creditor's name and mailing address**

**Ken and Ruth Payne**
**1004 Brockman Road**
**Greer, SC 29651**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.21 **Nonpriority creditor's name and mailing address**

**Lawrence and Barbara Lewis**
**270 Chandelle Ridge Drive**
**Woodruff, SC 29388**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.22 **Nonpriority creditor's name and mailing address**

**Lynn and Connie Fleming**
**214 Vista Pointe Drive**
**Greer, SC 29651**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.23 **Nonpriority creditor's name and mailing address**

**Morgan and Jan Allison**
**340 Frontage Road**
**Piedmont, SC 29673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.24 **Nonpriority creditor's name and mailing address**

**Pat and Andrea Finucane**
**108 Landmark Drive**
**Greer, SC 29651**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**

**Raymond M. Clark**
**2830 Cravenridge Drive NE**
**Brookhaven, GA 30319**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.26 **Nonpriority creditor's name and mailing address**

**Richard Bauer**
**113 Timberlake Circle**
**Inman, SC 29349**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Is the claim subject to offset? ■ No  ☐ Yes



| Debtor | Chandelle Runway, LLC | | Case number (if known) | 18-02054 |
|---|---|---|---|---|
| | Name | | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rob Graham as Trustee**
**450 Airpark Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert and Denise Woods**
**731 Sandy Pointe Drive**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steve and Marilyn Berry**
**193 Chandelle Ridge Drive**
**Woodruff, SC 29388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stu and Marjorie Swanson**
**126 Landmark Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Theron and Tameka Burton**
**310 Hyde Park Lane**
**Mauldin, SC 29662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom and Linda Saniewski**
**217 Vista Pointe Drive**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vadim and Yelena Shpakovskiy**
**143 S. Lake Emory Drive**
**Inman, SC 29349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Homeowner or Land Owner in Subdivision**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Chandelle Runway, LLC | Case number (if known) | **18-02054** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walt and Dianne Fanti**
220 Vista Pointe Drive
Greer, SC 29651

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Homeowner or Land Owner in Subdivision

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Warren and Rhonda Johnson**
518 Airpark Drive
Greer, SC 29651

Date(s) debt was incurred ＿
Last 4 digits of account number ＿

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Homeowner or Land Owner in Subdivision

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Chandelle Property Owners Association**<br>c/o Billy J. Isreal, Jr.<br>130 Chandelle Ridge Drive<br>Woodruff, SC 29388 | Line  3.6<br>☐   Not listed. Explain ＿＿＿ | ＿ |
| 4.2 | **Jane Van Wieren Trust**<br>150 N.E. Naranja Avenue #A<br>Port Saint Lucie, FL 34983 | Line  3.27<br>☐   Not listed. Explain ＿＿＿ | ＿ |
| 4.3 | **McCabe, Trotter & Beverly, PC**<br>PO Box 212069<br>Columbia, SC 29221 | Line  3.6<br>☐   Not listed. Explain ＿＿＿ | ＿ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 530,453.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 530,453.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Chandelle Runway, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   **18-02054**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement | |
| --- | --- | --- | --- |
| | State the term remaining | Open Ended | Angela Tanner |
| | List the contract number of any government contract | | 106 Chandelle Ridge Drive Woodruff, SC 29388 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement | |
| --- | --- | --- | --- |
| | State the term remaining | Open Ended | Billy and Susan Israel |
| | List the contract number of any government contract | | 130 Chandelle Ridge Drive Woodruff, SC 29388 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement | |
| --- | --- | --- | --- |
| | State the term remaining | Open Ended | Bruce and Cindy Goldberg |
| | List the contract number of any government contract | | 140 Chandelle Ridge Drive Woodruff, SC 29388 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement | |
| --- | --- | --- | --- |
| | State the term remaining | Open Ended | Clay and Marshalla Schile |
| | List the contract number of any government contract | | 209 Vista Drive Greer, SC 29651 |

Debtor 1  Chandelle Runway, LLC
          _____          Case number (if known)   18-02054
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Runway License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Open Ended** | **CSC Developers, LLC** |
| | List the contract number of any government contract | | **400 Air Park Drive** |
| | | | **Greer, SC 29651** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Runway License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Open Ended** | **David and Lynn Rexroad** |
| | List the contract number of any government contract | | **232 Vista Pointe Drive** |
| | | | **Greer, SC 29651** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Runway License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Open Ended** | **Doug and Jane Armstrong** |
| | List the contract number of any government contract | | **444 Airpark Drive** |
| | | | **Greer, SC 29651** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Runway License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Open Ended** | **Gareth and Jennifer Jacobs** |
| | List the contract number of any government contract | | **15 Twinings Drive** |
| | | | **Simpsonville, SC 29681** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Runway License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Open Ended** | **Greg and Kerry Steck** |
| | List the contract number of any government contract | | **180 Chandelle Ridge Drive** |
| | | | **Woodruff, SC 29388** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Runway License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Open Ended** | **Ken and Molly Galloway** |
| | List the contract number of any | | **120 Landmark Drive** |
| | | | **Greer, SC 29651** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Chandelle Runway, LLC**                                        Case number (*if known*)    **18-02054**

First Name           Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

government contract

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement |
| | State the term remaining | Open Ended |
| | List the contract number of any government contract | Ken and Ruth Payne<br>1004 Brockman Road<br>Greer, SC 29651 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement |
| | State the term remaining | Open Ended |
| | List the contract number of any government contract | Lynn and Connie Fleming<br>214 Vista Pointe Drive<br>Greer, SC 29651 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement |
| | State the term remaining | Open Ended |
| | List the contract number of any government contract | Morgan and Jan Allison<br>340 Frontage Road<br>Piedmont, SC 29673 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement |
| | State the term remaining | Open Ended |
| | List the contract number of any government contract | Richard Bauer<br>113 Timberlake Circle<br>Inman, SC 29349 |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement |
| | State the term remaining | Open Ended |
| | List the contract number of any government contract | Rob Graham as Trustee<br>450 Airpark Drive<br>Greer, SC 29651 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement |
| | | Robert and Denise Woods<br>731 Sandy Pointe Drive<br>Palm Beach Gardens, FL 33410 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | Chandelle Runway, LLC | | | | Case number (if known) | **18-02054** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  | State the term remaining | Open Ended | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement | |
|---|---|---|---|
|  | State the term remaining | Open Ended | |
|  | List the contract number of any government contract | _____ | Theron and Tameka Burton<br>310 Hyde Park Lane<br>Mauldin, SC 29662 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement | |
|---|---|---|---|
|  | State the term remaining | Open Ended | |
|  | List the contract number of any government contract | _____ | Tom and Linda Saniewski<br>217 Vista Pointe Drive<br>Greer, SC 29651 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement | |
|---|---|---|---|
|  | State the term remaining | Open Ended | |
|  | List the contract number of any government contract | _____ | Vadim and Yelena Shpakovskiy<br>143 S. Lake Emory Drive<br>Inman, SC 29349 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement | |
|---|---|---|---|
|  | State the term remaining | Open Ended | |
|  | List the contract number of any government contract | _____ | Walt and Dianne Fanti<br>220 Vista Pointe Drive<br>Greer, SC 29651 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Runway License Agreement | |
|---|---|---|---|
|  | State the term remaining | Open Ended | |
|  | List the contract number of any government contract | _____ | Warren and Rhonda Johnson<br>518 Airpark Drive<br>Greer, SC 29651 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Chandelle Runway, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | 18-02054 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City  State  Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City  State  Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City  State  Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City  State  Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Chandelle Runway, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    **18-02054**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Chandelle Runway, LLC | Case number *(if known)* | 18-02054 |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Chandelle Property Owners Association, vs. CSC Developers, LLC, et al<br>2016CP4201854 | Breach of Contract | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Chandelle Property Owners Association vs. CSC Developers, LLC, et al<br>2016LP42003743 | Lis Pendens | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Chandelle Property Owners Association vs. CSC Developers, LLC, et al<br>2016LP4200349 | Lis Pendens | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Chandelle Runway, LLC vs. Bruce R. Goldberg, et al<br>2016CP4203213 | Trespassing | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Chandelle Runway, LLC vs Dale Ellis, et al<br>2016CP4203214 | Trespassing | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Chandelle Runway, LLC vs George Lynn Fleming, et al<br>2016CP4203215 | Trespassing | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Chandelle Runway, LLC vs Stuart R. Swanson, et al<br>2016CP4203344 | Trespassing | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Chandelle Runway, LLC | | Case number (if known) | 18-02054 |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | Chandelle Runway, LLC vs Billy J. Israel, et al<br>2016CP4203409 | Trespassing | Spartanburg County Courthouse<br>180 Magnolia St.<br>Spartanburg, SC 29301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Cooper Law Firm<br>150 Milestone Way, Ste. B<br>Greenville, SC 29615 | $5,000.00 attorneys fees plus $1,717.00 court costs | April 13, 2018 | $6,717.00 |
| | Email or website address<br>thecooperlawfirm@thecooperlawfirm.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor    **Chandelle Runway, LLC**                                    Case number *(if known)*   **18-02054**

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Doug and Jane Armstrong 444 Airpark Drive Greer, SC 29651 | Deed 118F 502 and 507, Deed 118U 35 and 40 Permanent Easement & Right of Way | January 10, 2018 and February 27, 2018 | $0.00 |
| | Relationship to debtor Homeowners | | | |
| 13.2 | Ken and Molly Galloway 120 Landmark Drive Greer, SC 29651 | Deed 118F 497 and Deed 118U 30 Permanent Easement & Right of Way | January 10, 2018 | $0.00 |
| | Relationship to debtor Homeowners | | | |
| 13.3 | Rob Graham as Trustee 450 Airpark Drive Greer, SC 29651 | Deed 118F 760 Permanent Easement & Right of Way | January 11, 2018 | $0.00 |
| | Relationship to debtor Homeowner | | | |
| 13.4 | Warren and Rhonda Johnson 518 Airpark Drive Greer, SC 29651 | Deed 118N 280 and 284 Permanent Easement & Right of Way | February 2, 2018 | $0.00 |
| | Relationship to debtor Homeowners | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 4

| Debtor | Chandelle Runway, LLC | Case number *(if known)* | **18-02054** |

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    **Chandelle Runway, LLC**                    Case number *(if known)*   **18-02054**

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■  No.
   ☐  Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |

23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

24.  Has the debtor notified any governmental unit of any release of hazardous material?

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | |
| | | Dates business existed |

26. Books, records, and financial statements
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **EDWARDS AND HEADRICK, CPA**<br>**POST OFFICE BOX 1475**<br>**Greer, SC 29652** | **Prepared tax returns for CSC Developers, LLC for several years.** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor    **Chandelle Runway, LLC**                                    Case number *(if known)*    **18-02054**

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

＇ □ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **John R. Stewart, Jr.**<br>**2 Shannon Court**<br>**Anderson, SC 29626** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
□ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John R. Stewart, Jr. | 2 Shannon Court<br>Anderson, SC 29626 | **Managing Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Douglas and Nicole Cobb | PO Box 696<br>Fairforest, SC 29336 | **Member** | **50%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
□ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
□ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

| Debtor | Chandelle Runway, LLC | Case number *(if known)* | 18-02054 |
|---|---|---|---|

- ■ No
- ☐ Yes. Identify below.

**Name of the parent corporation**                                  **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

**Name of the pension fund**                                        **Employer Identification number of the parent corporation**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 17, 2018**

**/s/ John R. Stewart, Jr.**                                **John R. Stewart, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re   **Chandelle Runway, LLC** _____    Case No.   **18-02054**
                                                    Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **5,000.00** |
   | Prior to the filing of this statement I have received | $ | **5,000.00** |
   | Balance Due | $ | **0.00** |

2. $__**1,717.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **CSC Developers, LLC**

4. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **The above fee is an initial retainer and does not represent the full amount of the fees agreed upon. A separate Engagement Letter and Fee Agreement reflect fees stated for hourly rates will be charged against the stated initial retainer. If exhausted, additional fees will be charged at the same rate**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, preparation and filing of reaffirmation agreements and applications as needed or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 16, 2018** _____    **/s/ Robert H. Cooper DCID**
*Date*                                    **Robert H. Cooper DCID #5670**
                                          *Signature of Attorney*
                                          **The Cooper Law Firm**
                                          **150 Milestone Way, Ste. B**
                                          **Greenville,, SC 29615**
                                          **864-271-9911  Fax: 864-232-5236**
                                          **thecooperlawfirm@thecooperlawfirm.com**
                                          *Name of law firm*

---